KRISTIN W. MURNAHAN (Georgia Bar No. 759054)
murnahank@sec.gov
M. GRAHAM LOOMIS (Georgia Bar No. 457868)
loomism@sec.gov

Securities and Exchange Commission
950 E. Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326
Tel: (404) 842-7600
Fax: (404) 842-7666

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>QUEST EDUCATION L.L.C., DANIEL BLUE, DAVID CHRISTOPHER WHITE, and KEITOH JORDAN SPEARS,<br><br>          Defendants | Case No.: 2:25-cv-00105-JCM-BNW<br><br>**JOINT MOTION TO STAY** |

|    |    |
|----|----|
| 1  | Plaintiff Securities and Exchange Commission, Defendants Quest Education |
| 2  | L.L.C., Daniel Blue, Christopher White, and Keitoh Jordan Spears (herein |
| 3  | together, the "Parties") jointly move this Court to stay discovery.  Discovery in this |
| 4  | matter is currently set to end in September 2025.  Although the parties filed initial |
| 5  | disclosures, the parties have not commenced depositions or written discovery |
| 6  | because they began settlement negotiations during the Rule 26(f) conference. |
| 7  | Those settlement negotiations have been fruitful, and the parties anticipate |
| 8  | reaching an agreement in principle to a settlement of this matter in the near term. |
| 9  | Prior to submission of the settlement to the Court, counsel for the Commission |
| 10 | must submit the settlement to the Commission for approval.  The Commission's |
| 11 | review process typically takes six to eight weeks to complete.  For this reason, the |
| 12 | parties respectfully request that a stay of ninety (90) days be entered to allow the |
| 13 | parties to finalize the settlement and seek the Commission's approval. |

Respectfully submitted this 14th day of July, 2025.

/s/Kristin W. Murnahan
Kristin W. Murnahan
Georgia Bar No. 759054
murnahank@sec.gov

/s/M. Graham Loomis
M. Graham Loomis
Georgia Bar No. 457868
loomism@sec.gov

<u>Counsel for Plaintiff</u>
United States Securities and Exchange Commission
950 E. Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326
(404) 842-7600

                    /s/Kimberly Stein
                    Kimberly Stein

<u>Counsel for Defendants</u>
FLANGAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, NV 89146

KRISTIN W. MURNAHAN (Georgia Bar No. 759054)
murnahank@sec.gov
M. GRAHAM LOOMIS (Georgia Bar No. 457868)
loomism@sec.gov

Securities and Exchange Commission
950 E. Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326
Tel: (404) 842-7600
Fax: (404) 842-7666

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>QUEST EDUCATION L.L.C., DANIEL BLUE, DAVID CHRISTOPHER WHITE, and KEITOH JORDAN SPEARS,<br><br>           Defendants | Case No.: 2:25-cv-00105-JCM-BNW<br><br>**ORDER GRANTING MOTION TO STAY** |

Before this Court is the Joint Motion to Stay of the parties. The Court having read and considered the motion, it is hereby GRANTED. This matter is stayed for ninety days. The scheduling order is amended, and the new deadlines are as follows:

Fact Discovery: December 22, 2025

Amending the Pleadings/Adding Parties: No change

Expert Disclosures: October 22, 2025

Rebuttal-Expert Disclosures: November 20, 2025

Dispositive Motions: January 20, 2026

Joint Pretrial Order[1]: February 19, 2026[2]

**IT IS SO ORDERED.**

Dated: 7/17/2025

BRENDA WEKSLER
United States Magistrate Judge

---

[1] Rule 26(a)(3) disclosures shall be included in Joint Pretrial Order.

[2] If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.