KRISTIN W. MURNAHAN (Georgia Bar No. 759054)
murnahank@sec.gov
M. GRAHAM LOOMIS (Georgia Bar No. 457868)
loomism@sec.gov

Securities and Exchange Commission
950 E. Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326
Tel: (404) 842-7600
Fax: (404) 842-7666

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>QUEST EDUCATION L.L.C., DANIEL BLUE, DAVID CHRISTOPHER WHITE, and KEITOH JORDAN SPEARS,<br><br>    Defendants | Case No.: 2:25-cv-00105-JCM-BNW<br><br>**JOINT STIPULATION REGARDING SETTLEMENT CONFERENCE** |

On July 17, 2025, the Court granted the joint motion of Plaintiff Securities and Exchange Commission (the "Commission") and Defendants Quest Education L.L.C., Daniel Blue, Christopher White, and Keitoh Jordan Spears (herein together, the "Parties") to stay discovery in this matter in order to negotiate a settlement. The Parties have reached an agreement in principle to a settlement of this matter, and counsel for the Commission has begun the internal process to submit the settlement to the Commission for approval. For this reason, the Parties stipulate that there is no present need to proceed with the settlement conference currently scheduled for August 22, 2025 before the magistrate judge. If the Parties are unable to finalize the settlement upon which they currently have agreement, they will notify the Court and make themselves available for a settlement conference before the magistrate judge at the earliest date convenient for the Parties and the Court.

Respectfully submitted this 5th day of August, 2025.

/s/Kristin W. Murnahan
Kristin W. Murnahan
Georgia Bar No. 759054
murnahank@sec.gov

/s/M. Graham Loomis
M. Graham Loomis
Georgia Bar No. 457868
loomism@sec.gov

Counsel for Plaintiff
United States Securities and Exchange Commission
950 E. Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326

(404) 842-7600

>    */s/Kimberly Stein*
>    Kimberly Stein

<u>Counsel for Defendants</u>
FLANGAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, NV 89146