KRISTIN W. MURNAHAN (Georgia Bar No. 759054)
murnahank@sec.gov
M. GRAHAM LOOMIS (Georgia Bar No. 457868)
loomism@sec.gov

Securities and Exchange Commission
950 E. Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326
Tel: (404) 842-7600
Fax: (404) 842-7666

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>QUEST EDUCATION L.L.C., DANIEL BLUE, DAVID CHRISTOPHER WHITE, and KEITOH JORDAN SPEARS,<br><br>        Defendants | Case No.: 2:25-cv-00105-JCM-BNW<br><br>**JOINT MOTION TO CONTINUE STAY** |

Plaintiff Securities and Exchange Commission, Defendants Quest Education L.L.C., Daniel Blue, Christopher White, and Keitoh Jordan Spears (herein together, the "Parties") jointly move this Court to continue the current stay of discovery for an additional sixty (60) days to allow the Parties to finalize a settlement of this matter.  This matter is currently stayed until December 15, 2025.  Due to the shutdown of the federal government which began on October 1, 2025 and ended on November 12, 2025, the internal review process of the proposed settlement has been on hold.  Given the anticipated backlog of matters that will need to be addressed due to the shutdown, counsel for the Commission believes that it will take at least eight weeks to obtain Commission approval of the settlement.  For this reason, the parties respectfully request that the current stay of this case be extended for an additional sixty (60) days.

Respectfully submitted this 13th day of November, 2025.

/s/Kristin W. Murnahan
Kristin W. Murnahan
Georgia Bar No. 759054
murnahank@sec.gov

/s/M. Graham Loomis
M. Graham Loomis
Georgia Bar No. 457868
loomism@sec.gov

Counsel for Plaintiff
United States Securities and Exchange Commission
950 E. Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326
(404) 842-7600

2

*/s/Kimberly Stein*
Kimberly Stein

Counsel for Defendants
FLANGAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, NV 89146

KRISTIN W. MURNAHAN (Georgia Bar No. 759054)
murnahank@sec.gov
M. GRAHAM LOOMIS (Georgia Bar No. 457868)
loomism@sec.gov

Securities and Exchange Commission
950 E. Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326
Tel: (404) 842-7600
Fax: (404) 842-7666

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>QUEST EDUCATION L.L.C., DANIEL BLUE, DAVID CHRISTOPHER WHITE, and KEITOH JORDAN SPEARS,<br><br>    Defendants | Case No.: 2:25-cv-00105-JCM-BNW<br><br>**ORDER GRANTING MOTION TO CONTINUE STAY** |

Before this Court is the Joint Motion to Continue the Stay of the parties. The Court having read and considered the motion, it is hereby GRANTED. This matter will continue to be stayed until February 13, 2026. In the event the parties cannot reach an agreement, they may file an amended proposed discovery plan and scheduling order.

**IT IS SO ORDERED.**

Dated: November 14, 2025

BRENDA WEKSLER
United States Magistrate Judge