KRISTIN W. MURNAHAN (Georgia Bar No. 759054)
murnahank@sec.gov
M. GRAHAM LOOMIS (Georgia Bar No. 457868)
loomism@sec.gov

Securities and Exchange Commission
950 E. Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326
Tel: (404) 842-7600
Fax: (404) 842-7666

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>QUEST EDUCATION L.L.C., DANIEL BLUE, DAVID CHRISTOPHER WHITE, and KEITOH JORDAN SPEARS,<br><br>              Defendants | Case No.: 2:25-cv-00105-JCM-BNW<br><br>**JOINT MOTION TO CONTINUE STAY** |

Plaintiff Securities and Exchange Commission, Defendants Quest Education L.L.C., Daniel Blue, Christopher White, and Keitoh Jordan Spears (herein together, the "Parties") jointly move this Court to continue the current stay of discovery until June 16, 2026.  This matter is currently stayed until April 17, 2026. When the Parties requested the last continuance, they anticipated that the settlement would be presented to and approved by the Commission in early April. While the settlement was presented to the Commission as anticipated, during the Commission's review of the settlement, they requested additional information from the staff of the Commission concerning one aspect of the settlement.  Counsel for the Commission is working with other internal stakeholders to provide the requested information to the Commission and anticipates that once the requested information has been provided and reviewed by the Commission, a settlement between the Parties will be approved.  In order to allow sufficient time for the additional information to be compiled, the supplemental review process to be completed, and the settlement to be presented again to the Commission for approval, the Parties respectfully request that the current stay of this case be extended to June 16, 2026.

Respectfully submitted this 10th day of April, 2026.

/s/Kristin W. Murnahan
Kristin W. Murnahan
Georgia Bar No. 759054
murnahank@sec.gov

/s/M. Graham Loomis
M. Graham Loomis
Georgia Bar No. 457868
loomism@sec.gov

Counsel for Plaintiff

United States Securities and Exchange Commission
950 E. Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326
(404) 842-7600

_/s/Kimberly Stein_____
Kimberly Stein

Counsel for Defendants
FLANGAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, NV 89146

KRISTIN W. MURNAHAN (Georgia Bar No. 759054)
murnahank@sec.gov
M. GRAHAM LOOMIS (Georgia Bar No. 457868)
loomism@sec.gov

Securities and Exchange Commission
950 E. Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326
Tel: (404) 842-7600
Fax: (404) 842-7666

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No.: 2:25-cv-00105-JCM-BNW |
| v. | **ORDER GRANTING MOTION TO CONTINUE STAY** |
| QUEST EDUCATION L.L.C., DANIEL BLUE, DAVID CHRISTOPHER WHITE, and KEITOH JORDAN SPEARS, | |
| Defendants | |

Before this Court is the Joint Motion to Continue the Stay of the parties. The Court having read and considered the motion, it is hereby GRANTED.  This matter will continue to be stayed until June 16, 2026.  In the event the parties cannot reach an agreement, they may file an amended proposed discovery plan and scheduling order.

**IT IS SO ORDERED.**

Dated:  April 13, 2026

BRENDA WEKSLER
United States Magistrate Judge

2